1
2
3
4
5
6

# SEALED

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Office of the United States Attorney
District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, NV 89101
(702) 388-6336



1  DANIEL G. BOGDEN
   United States Attorney
2  Nevada State Bar No. 2137
   DANIEL D. HOLLINGSWORTH
3  Assistant United States Attorney
   Nevada Bar No. 1925
4  U.S. Attorney's Office
   333 Las Vegas Boulevard South, Suite5000
5  Las Vegas, Nevada 89101
   Telephone: 702-388-6336
6  Facsimile: 702-388-6787
   Email: *daniel.hollingsworth@usdoj.gov*
7  Counsel for the United States of America

8

9

10              **UNITED STATES DISTRICT COURT**

11                   **DISTRICT OF NEVADA**

12  UNITED STATES OF AMERICA,            )
                                         )
13                     Plaintiff,        )
                                         )
14          v.                           )    2:14-CV-950-APG-(CWH)
                                         )
15  $22,347.20 IN UNITED STATES          )
    CURRENCY,                            )
16                                       )
                       Defendant.        )
17  _____

18                    **MOTION TO UNSEAL**

19       The United States of America, by and through Daniel G. Bogden, United States Attorney for

20  the District of Nevada, and Daniel D. Hollingsworth, Assistant United States Attorney, moves this

21  Honorable Court for an Order to unseal the above-captioned case.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

1    The grounds for the seal are no longer valid. Nathan Stoliar has pled and his sentencing is

2  soon. However, James Jariv has not pled, and his criminal prosecution is pending.

3    Dated this  7 th day of January, 2015.

                                              Respectfully submitted,

4

5                                             DANIEL G. BOGDEN
                                              United States Attorney
6

7                                             DANIEL D. HOLLINGSWORTH
                                              Assistant United States Attorney
8

9

10

11                                            IT IS SO ORDERED:

12

13

14

15                                            _____
                                              UNITED STATES DISTRICT JUDGE
16
                                              DATED: _____1/9/10_____
17

18

19

20

21

22

23

24

25

26                                    2